## UNITED STATES *v.* KOECHER

No. 84–1922.   Argued January 15, 1986—Decided February 25, 1986

*Christopher J. Wright* argued the cause for the United States.   With him on the briefs were *Solicitor General Fried, Assistant Attorney General Trott, Deputy Solicitor General Frey,* and *Andrew J. Pincus.*

*Gerard E. Lynch* argued the cause for respondent.   With him on the brief were *George Kannar* and *Charles S. Sims.*

PER CURIAM.

The judgment of the United States Court of Appeals for the Second Circuit is vacated, and the case is remanded to the United States District Court for the Southern District of New York with instructions to dismiss the cause as moot.